AO 91 (Rev. 11/11) Criminal Complaint

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

8:41 am, Feb 03 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY crp Deputy

# UNITED STATES DISTRICT COURT

for the

District of Maryland

United States of America
v.

Donta Madison

*Defendant(s)*

Case No. 1:21-mj-290 TMD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 2020 through January 2021 in the county of Baltimore City in the District of Maryland, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841 | Distribution of and Possession with Intent to Distribute 40 grams or more of fentanyl. |
| 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Task Force Officer Keith Galeano, DEA
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 2/2/2021

[signature]
*Judge's signature*

City and state: Baltimore, Maryland

Hon. Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*