IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. No. JKB-21-0037 |
| DONTA MADISON, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM AND ORDER**

In support of his second motion for compassionate release, Defendant Donta Madison filed unsealed, unredacted medical records on the Court's electronic docket. While some details about Madison's medical history were made public at sentencing and in the Court's decisions denying Madison's two compassionate release requests, (*see generally* ECF Nos. 184, 203–04, 234), other previously nonpublic details appeared in the records that Madison himself submitted. To give him an opportunity to conceal portions of those records, in the event they were disclosed in error, the Court directed Madison to file, by April 6, 2025, any "proposed, appropriately narrow redactions of the medical information he wishe[d] to seal from public view." (*See* ECF No. 235 at 1.)

As of April 22, 2025, Madison has not done so. And as the Court stated earlier, a "failure to file proposed redactions within thirty days, combined with the manner in which [Madison] filed his submissions in the first instance, will be treated as a waiver of [Madison's] right to keep certain medical information off the public docket." (ECF No. 235 at 2.) "In that situation, all affected documents—Madison's submissions, (ECF Nos. 219, 224, 224-1), as well as the Court's recent decision, (ECF No. 234)—will be wholly unsealed." (ECF No. 235 at 2); *see generally Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 575 (4th Cir. 2004) (recognizing a presumptive "right of the public to inspect and copy all judicial records and documents," which is overcome only if

"countervailing interests heavily outweigh the public interest[] in access" and the party seeking to keep information private "*show[s]* some significant [countervailing] interest" (emphasis added)).

Having received no proposed redactions from Madison, it is ORDERED that:

1. The Court's Memorandum and Order dated March 6, 2025, (ECF No. 234), as well as Madison's briefing and attachments in support of his request for compassionate release, (ECF Nos. 219, 224, 224-1), are UNSEALED.

2. The Clerk is DIRECTED to mail to Madison a copy of this Order.

DATED this 22 day of April, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge